IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

NATALIE DAVIS                                                                                           PLAINTIFF

VS.                                                                           CIVIL ACTION NO. 4:06cv50-TSL-LRA

ECONOMY PREMIER ASSURANCE COMPANY                                       DEFENDANT

### ORDER OF DISMISSAL

This cause comes before the Court *sua sponte*. Herman Hollensed, counsel for the plaintiff, has informed the Court that the parties have reached a compromise and settlement of all pending claims in this matter pending Chancery Court approval on behalf of the minor involved. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within ninety (90) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days thereafter; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the 7th day of March, 2007.

                                                                              /s/ Linda R. Anderson
                                                                    UNITED STATES MAGISTRATE JUDGE